IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

**UNITED STATES OF AMERICA**                                                         **PLAINTIFF**

      v.         Civil No. 97-20021-001

**BRYANT PATRICK CROCKER**                                            **DEFENDANT**

<u>**O R D E R**</u>

Now on this 1st day of December, 2005, comes on for consideration the **Magistrate Judge's Report And Recommendation** (document #33), to which no objections have been made, and the Court, having carefully reviewed said Report And Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report And Recommendation** is **adopted *in toto***.

**IT IS FURTHER ORDERED** that, for the reasons stated in the **Magistrate Judge's Report And Recommendation**, plaintiff's petition is hereby **denied and dismissed**.

**IT IS SO ORDERED.**

                                                             /s/ Jimm Larry Hendren
                                                           JIMM LARRY HENDREN
                                                           UNITED STATES DISTRICT JUDGE